IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SUZANNE E. SUTHERLAND,

Plaintiff,

v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

Defendant.

Case No. 3:16-cv-00321-MA

ORDER FOR EAJA FEES

MARSH, Judge

On May 19, 2017, Plaintiff filed an Unopposed Application for Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in which the parties agree that Plaintiff should be awarded fees in the amount of $6,471.25. ECF No. 23.

Accordingly, based on the agreement of the parties, it is hereby ORDERED that attorney fees in the amount of $6,471.25 shall be awarded to Plaintiff pursuant to EAJA. There are no costs or expenses. The parties agree that attorney fees will be paid to Plaintiff's attorney subject to verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

1 - ORDER FOR EAJA FEES

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, Karen Stolzberg, and mailed to her address: 11830 SW Kerr Parkway, #315, Lake Oswego, Oregon 97035. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this 24 day of MAY, 2017.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge